In the Matter of ANTHONY D. GIGLIOTTI, Doing Business under the Name of HAWAII KLUB, Appellant, against JOHN F. O'CON-NELL et al., Constituting the New York State Liquor Authority, Respondents.

Submitted June 1, 1954; decided June 4, 1954.

*Alvin McKinley Sylvester* and *Abraham Weinstein* for motion.

No one opposed.

Motion granted and appeal dismissed upon the ground that the orders appealed from are not appealable to the Court of Appeals as of right (Civ. Prac. Act, § 589, subd. 2), and upon the further ground that the appeal from the order of the Appellate Division, entered December 15, 1953, is not timely (Civ. Prac. Act, § 592, subd. 1).